915 A.2d 1045

MONICA R. CUPITT, PLAINTIFF, v. PENSKE TRUCK LEASING CO., LP, DEFENDANT–MOVANT, AND FRANK E. NICKLIS, JR., SIMCO SALES SERVICE OF PA T/A JACK & JILL ICE CREAM COMPANY AND SIMCO SALES, INC., DEFENDANTS.

January 17, 2007.

ORDERED that the motion for leave to appeal is granted and the matter is summarily remanded to the Appellate Division to reconsider the merits after full briefing by the parties.

915 A.2d 1045

ROSA ACUNA, ETC., ET AL., PLAINTIFFS–APPELLANTS, v. SHELDON C. TURKISH, M.D., ET AL., DEFENDANTS–RESPONDENTS.

January 18, 2007.

This matter having come before the Court on a claimed appeal as of right pursuant to *Rule* 2:2–1(a)(1), and the Court having determined that the matter does not present a substantial constitutional question within the meaning of the *Rule* or applicable caselaw;

It is ORDERED that the within appeal is dismissed.